**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00189-RPM-PAC

ADILIA PALENCIA,

      Plaintiff,

v.

NATIONAL CHECK TRUST, INC., a Florida corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

      THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney fees and costs.

      Dated: March 24th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____

                SENIOR U.S. DISTRICT JUDGE